IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KATIE HALL,<br><br>Defendant. | CASE NO. 5:23-CR-_____<br><br>VIOLATIONS<br>18 U.S.C. § 641 |

**THE GRAND JURY CHARGES:**

<u>**COUNT ONE**</u>
<u>**(Theft by Conversion)**</u>

From on or about December 15, 2022, to on or about April 4, 2023, in the Macon Division of the Middle District of Georgia and elsewhere within this Court's Jurisdiction,

**KATIE HALL**

did knowingly convert to her own use a thing of value exceeding $1000, to wit: a Dell Latitude 3500 Computer belonging to the United States Probation Office for the Middle District of Georgia, an agency or department of the United States, all in violation of Title 18, United States Code, Section 641.

1


A TRUE BILL.

*s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

PRESENTED BY:

PETER D. LEARY
UNITED STATES ATTORNEY

*[signature]*

LEAH E. MCEWEN
ASSISTANT UNITED STATES ATTORNEY

*Filed in open court this* 9 *day of* May *A.D. 2023.*

*[signature]*
*Deputy Clerk*